1

2

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

4

\* \* \*

5

Aaron Hugh Deaton,

Case No. 2:21-cv-00044-APG-BNW

6

Plaintiff,

**ORDER**

7

v.

8

Las Vegas Metropolitan Police Department,

9

Defendant.

10

11          Plaintiff Aaron Hugh Deaton—who is currently detained in the Clark County Detention

12   Center—submitted an application to proceed *in forma pauperis* (IFP).  (ECF No. 1.)

13          Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking

14   to proceed without paying the filing fee must complete an application to proceed IFP and attach

15   (1) an inmate account statement for the past six months, and (2) a financial certificate from the

16   institution where he is incarcerated certifying the amount of funds in plaintiff's inmate trust

17   account at the institution.  If the plaintiff has been incarcerated at the institution for fewer than six

18   months, the certificate must show the account's activity for the shortened period.  LSR 1-2.

19          Here, plaintiff's IFP application is incomplete because although he included an inmate

20   account statement, the financial certificate on page 4 of his application lacks a signature by an

21   "Authorized Officer."  Plaintiff's application cannot be granted unless the Authorized Officer

22   executes the financial certificate and provides the information required in sections 1 through 4.

23          Further, plaintiff did not submit a complaint for the Court to screen.  Plaintiff sued Las

24   Vegas Metropolitan Police Department but, without a complaint, the Court is unable to identify or

25   assess plaintiff's claims.  Plaintiff will be required to provide a complaint within 21 days from

26   this order, or the Court will recommend to the district judge that this matter be dismissed without

27   prejudice.

28

1       IT IS THEREFORE ORDERED that plaintiff's Application to Proceed *In Forma*

2   *Pauperis* (ECF No. 1) is DENIED without prejudice.

3       IT IS FURTHER ORDERED that the Clerk of Court must send plaintiff a blank

4   application to proceed *in forma pauperis* by an inmate as well as the accompanying instruction

5   packet.

6       IT IS FURTHER ORDERED that by February 1, 2021, plaintiff must either: (1) file a

7   complete application to proceed *in forma pauperis*, on the correct form with complete financial

8   attachments, or (2) pay the full $402 fee for filing a civil action, which includes the $350 filing

9   fee and the $52 administrative fee.

10       IT IS FURTHER ORDERED that by February 1, 2021, plaintiff must submit his

11   complaint to the court.

12       IT IS FURTHER ORDERED that failure to timely comply with this order may result in a

13   recommendation to the district judge that this case be dismissed.

14       DATED: January 11, 2021.

15

16   _____

17   BRENDA WEKSLER
    UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28